**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-4617**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JIMMY L. WEDDLE,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Abingdon. James P. Jones, District Judge. (CR-01-55)

———————

Submitted: March 21, 2003          Decided: April 11, 2003

———————

Before NIEMEYER, WILLIAMS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Nancy C. Dickenson, Lebanon, Virginia, for Appellant. John L. Brownlee, United States Attorney, Jennifer Bockhorst, Assistant United States Attorney, Randy Ramseyer, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy L. Weddle appeals his convictions for making false statements and misuse of Social Security numbers in violation of 18 U.S.C. § 1001 (2000), and 42 U.S.C. §§ 408(a)(4), 408(a)(7)(B) (2000). On appeal, Weddle claims there is insufficient evidence to support his convictions. We have reviewed those portions of the transcript submitted to the court and conclude otherwise. Weddle's submission of multiple false Social Security numbers, his willful deception regarding his incarceration at the Russell County Jail, and his false statement regarding his status as a convicted felon are all indicative of his fraudulent intent, the essential element he claims is lacking in the Government's evidence. Accordingly, we conclude, there is sufficient evidence for a reasonable trier of fact to find Weddle guilty of the charged offenses. See United States v. Lomax, 293 F.3d 701, 705 (4th Cir. 2002). We affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED